IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SOLON PHILLIPS, <br><br> Plaintiff, <br><br> vs. <br><br> COMMISSION ON CHARACTER & FITNESS, and ANNIE GOODWIN, <br><br> Defendants. | CV 20-41-M-DLC-KLD <br><br> ORDER |

The preliminary pretrial conference in this case is scheduled for June 23, 2020, at 11:00 a.m. in Missoula, Montana. Plaintiff Solon Phillips has filed a motion requesting that the Court conduct the preliminary pretrial conference by video or telephone based on the current COVID-19 outbreak and the fact that Plaintiff lives in Maryland. Because the preliminary pretrial conference is still several weeks away and the Defendants have yet to enter an appearance,

IT IS ORDERED that Plaintiff's motion is DENIED WITHOUT PREJUDICE, subject to renewal after the Defendants have entered an appearance in the case.

DATED this 7th day of April, 2020.

_____
Kathleen L. DeSoto
United States Magistrate Judge